**EXHIBIT C:  Unsecuried Creditors (Class 4, general)**

| Claim Information: | Insider | Scheduled Claims | | Filed Claims | | Obj. | Presumed Amt. | Order | Adjusted Amt. | $26,395  Exh. F | | Exh. F -- Monthly Payment beginning 5/31/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name / Unsecured Creditors | Y? | Amount | D/C/U | POC# | Amount | Dkt.# | | Dkt.# | (if any) | Monthly Payment | 100.0% | |
| Robert J. Stientjes | | $ 116,616 | | 12 | $ 116,616 | none | $ 116,616 | | $ - | | 15% | $ 3,853 |
| Anthony S. Gasaway | | $ 575,961 | | 13 | $ 575,961 | none | $ 575,961 | | $ - | | 72% | $ 19,029 |
| Estate of M. Gibson | | $ 106,335 | | 14 | $ 106,335 | none | $ 106,335 | | $ - | | 13% | $ 3,513 |
| SubTotal | | | | | $ 798,912 | | $ 798,912 | | | | | $ 26,395 |
| Post-Petition Judgment Interest (Exh. E) | | | | | $ 55,924 (Exh. E) | | $ 55,924 (Exh. E) | | | | | Full payment in 36 months. See Exh. F for full-payment amortization schedule |
| Total | | | | | $ 854,836 | | $ 854,836 | | | | | |

There are no unimpaired creditors and, therefore, all have accepted the plan pursuant to 11 USC s. 1126(f); therefore, no votes are solicited.



tabbles

EXHIBIT C